# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

UNITED STATES OF AMERICA

VS.  3:15-CR-00184–03-BRW

DOMINIQUE EUGENE LUCAS

## ORDER TO PRODUCE

On September 3, 2019, an Notice of Resentencing was entered setting Dominique Lucas's sentencing hearing for 10 a.m., Friday, October 18, 2019 in Nashville, Tennessee.[1] Yesterday, it was brought to my attention that Mr. Lucas is in BOP custody at FCI Beckley in West Virginia.

Accordingly, the United States Marshals Service is ordered to produce defendant Dominique Lucas, for the scheduled sentencing hearing at 10:00 a.m. on Friday, October 18, 2019.

At the conclusion of the sentencing hearing, Mr. Lucas may be returned to the authorities as deemed appropriate.

IT IS SO ORDERED this 16th day of October, 2019.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 335.